# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:19-cv-00059-FDW

| | |
|---|---|
| TREVOR MOHAMMED, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| ERIK A HOOKS, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion on the Court's periodic status review of this case.

On its original initial review of Plaintiff's Complaint brought under 42 U.S.C. § 1983, this Court found that Plaintiff's Complaint suffered from many deficiencies and that Plaintiff had failed to state a claim against any named Defendant. [Doc. 6 at 4-5]. The Court enumerated these deficiencies for the Plaintiff and ordered that Plaintiff had 30 days from the date of that Order, November 18, 2019, to amend his complaint in accordance with that Order. [Id. at 5]. The Court further ordered that the Court would dismiss Plaintiff's Complaint without further notice to Plaintiff if he failed to timely file an amended complaint.

As of the date of this Order, Plaintiff has failed to file an amended complaint. Therefore, given the Plaintiff's failure to prosecute this action and to file an amended complaint as directed, the Court will dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED that:**

(1) The Plaintiff's Complaint [Doc. 1-1] is dismissed without prejudice.

(2) The Clerk of this Court is directed to terminate this action.

Signed: January 3, 2020

Frank D. Whitney
Chief United States District Judge