# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Trevor Mohammed, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00059-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth Beaver et al, | ) | |
| | ) | |
| Defendant(s), . | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2020 Order.

January 3, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court